HOPETON D. A. QUAID et al., Respondents, *v.* BERNARD RATKOWSKY, Appellant.

*Quaid* v. *Ratkowsky*, 183 App. Div. 428, affirmed.

(Argued October 3, 1918; decided October 22, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 31, 1918, which reversed an order of Special Term, striking this case from the Special Term calendar and sending it to the Trial Term as an action at law triable by a jury. The action was against the individual owner of practically all the shares of stock of a corporation to compel the payment of an unsatisfied judgment obtained against the corporation. The Appellate Division held that the action was properly brought and was maintainable in equity. The following question was certified: " Do the pleadings and proof make out any cause of action in equity? "

*Louis Marshall* and *Harry A. Gordon* for appellant.

*Charles Green Smith* for respondents.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.